UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

IN RE:

ALDEN PRINCE

CASE NO: 10-45270-EPK

Chapter 13

Debtor
_____/

## MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

Comes Now Debtor, by and through the undersigned attorney, and pursuant to 11 U.S.C. Sec. 1329 respectfully moves this Honorable Court to enter an Order modifying the Chapter 13 Plan previously confirmed by this Court, and as grounds therefore alleges:

1. On May 16, 2011, the Fourth Amended Chapter 13 Plan [the "Plan"] of Debtor was confirmed by that Order Granting Debtor[s]'s Motion to Modify the Chapter 13 Plan [DE 63].

2. The Plan provided for a "step-up" in payments in month twenty (20); however, the undersigned did not notify Debtor's employer to increase the monthly payments. As a result, commencing in month 20 of the Plan, inadequate funds were withheld from Debtor's wages. The Debtor himself did not cause the delinquency.

3. The Trustee has served a Notice of Delinquency in this action, on March 31, 2014, and this Motion is timely filed.

4. Debtor is unable to cure the delinquency and be current in the May, 2014 payment by the deadline for payment established by the Trustee.

5. A First Modified Plan has been executed by Debtor concurrent with the bringing of this Motion and filed this date.

6. Debtor requests that the Court forgive the delinquency and allow the Modified Plan filed by Debtor to cure both pre-petition and post-petition arrearages during the remainder of the Plan term.

7. A copy of the Debtor's proposed Modified Plan is attached

hereto, labeled Exhibit "A". The proposed Modified Plan does not seek to have payments made beyond the limit for a Plan under the Bankruptcy Code and provides for the same amount of money, or more, that they would have received under the Confirmed Plan.

8. A copy of the Trustee's Modification Ledger is attached hereto, made a part hereof and marked as Exhibit "B".

9. The creditors will not be prejudiced by modification of the Chapter 13 Plan as proposed by Debtor, as they will receive as much if not more money under than Modified Plan as they would under the Plan.

10. Notice is given that any objection to the Modified Plan must be filed with the Clerk of the Bankruptcy Court within 21 days from date of service of this Motion, or such other time period as may be permitted by Fed.R.Bakr.P 2006(f) at the Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, West Palm Beach, FL 33401. The objecting party must ensure delivery of the objection to the attorney for Debtor. If an objection is not timely filed the requested relief may be granted.

WHEREFORE, Debtor requests that the Court grant this Motion and enter an Order granting leave to Debtor to Modify the 13 Plan and grant such other relief which the Court may deem fit and proper.

I hereby certify that a true and correct copy of the above and foregoing Motion was served April 9, 2014 by CM\ECF to Lawrence J. Buckley, Esq., Robin R. Weiner, Trustee, Office of the US Trustee and Joe M. Lozano, Esq. and by mail to Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-7999 and Portfolio Recovery Associates, LLC, P O Box 41067, Norfolk, VA 23541-1067 and the other interested persons identified in the attached service sheet.

I hereby certify that I am admitted to the Bar of the

United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

                                    JEFFREY B. LAMPERT, Esquire
                                    Attorney for Debtor
                                    The Barristers Building
                                    1615 Forum Place, Ste. 4-B
                                    West Palm Beach, Florida 33401
                                    Tel. 561-333-0188  Fax. 561-333-0588
                                    Corresp:   lampertlaw@gmail.com
                                    Pleadings: lampertpleadings@gmail.com

UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)** www.flsb.uscourts.gov

☐ _____ Amended Plan (Indicate 1st, 2nd etc. amended if applicable)

☐ __1st__ Modified Plan (indicate 1st, 2nd etc. amended if applicable)

**ALDEN PRINCE**                    CASE NO: __10-45270-EPK__
Last 4 Dig SSN: 9265     Last 4 Dig SSN

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor to pay to the trustee for a period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
A. $__445.67__ for months __1__ to __41__ ;
B. $__612.27__ for months __42__ to __60__ ; in order to pay the following creditors:

**Administrative**: Fees of $2,925.00 routine services + $562.50 MTV home + $150.00 admin totaling Attorney's Fee $__3,637.50__ TOTAL PAID $__1,376.00__.
Balance Due $2,261.50 payable $__119.03__/mo (Mos. __1__ to __19__)

**Secured Creditors**: [Retain liens pursuant to 11 USC Sec 1325(A)(5)] Mortgage(s)/Liens
(First Mortgage)    on Real or Personal Property:

1. __CitiMortgage Inc.__    Arrearage on Petition Date  $__-0-__.
   P. O. Box 6006         Arrears Payment              $_____/mo (Mos.___ to ___)
   The Lakes, NV 88901
   **Paid direct**

2. __ICMA-RC 401A__         Arrearage on Petition Date  $__-0-__.
   777 N. Capitol St       Arrears Payment              $_____/mo (Mos.___ to ___)
   Washington, DC 20002
   **Paid direct**

3. __Capital Source__       Arrearage on Petition Date  $_____.
   c/o Summer Bay Resort   Arrears Payment              $_____/mo (Mos.___ to ___)
   P. O. Box 150
   Scottsdale, AZ 85252
   **Surrender**

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR-3015-3.

| Secured Creditor | Val/Collateral | Int. Rate | Plan Payments | Months of Payments | Total Pmts |
|---|---|---|---|---|---|
| Citibank, N.A. 3900 Paradise Rd., #127, Las Vegas, NV 89109 | $ 111,500.00 of homestead 4641 SW Cacao Pt. St. Lucie FL 34953 | 0 % | $ -0- | __1__ to __60__ | $ -0- |
| Patrick Carey, P.A. 10967 Lake Underhill Rd, #125 Orlando FL 32825 | | | | | |
| Citibank Federal Savings Bank 11800 Spectrum Center Drive Reston, Va 20190 | | | | | |

EXHIBIT "A"

| continued | continued | cont. | cont. | continued | continued |
|---|---|---|---|---|---|
| Mort. Elec. Reg System, Inc. P. O. Box 2026 Flint, MI 48501-2026 Acct End: <u>8382</u> | | | | | |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. Sec. 507]

1. <u>St. Lucie County Tax Col</u>  Total Due $<u>3,619.80</u>,
   P. O. Box 308           Payable  $<u>   60.33</u>/mo (Mos. <u>1</u> to <u>60</u>) Reg. Pymt $_____,
   Ft. Pierce, FL 34954-0308
   <u>Acct: 3420-660-0702-000/8</u>

<u>Unsecured Creditors</u>: Pay $<u>225.80</u>/mo (Mos. <u>1</u> to <u>19</u>)
                      Pay $<u>286.13</u>/mo (Mos. <u>20</u> to <u>41</u>)
                      Pay $<u>488.65</u>/mo (Mos. <u>42</u> to <u>60</u>)

Pro rata dividend will be calculated by Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above** <u>Debtor shall provide copies of yearly income tax returns to the Trustee no later than by May 15 during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of of allowed unsecured claims.</u>

I declare that the foregoing Chapter 13 Plan is true and correct under penalty of perjury.

_Alden Prince_ .                         _____ .
Alden Prince                              Joint Debtor
Date: 4-9-14                              Date: _____ .

LF-31 (rev. 01/08/10)

9992

**Modification Ledger**                                                                                                   Date: April 09, 2014

**Debtors(s):** ALDEN PRINCE                                                                                              Case No.: 10-45270-EPK

| | | | |
|---|---|---|---|
| Petition Filed: | Wed, Nov 17, 2010 | Attorney Name: | JEFFREY B. LAMPERT, ESQUIRE |
| Date Confirmed: | Fri, Apr 08, 2011 | Atty. Fee in Plan: | $2,261.50 |
| Receipts Less Refunds: | $18,502.48 | Atty. Arrears Amt.: | $0.00 |
| Balance on Hand: | $230.00 | Atty. Paid to Date: | $2,261.50 |

| Creditor Name | Type | Claim Amt. | Prin. Owed | Prin. Paid | Mo. Pymt. |
|---|---|---|---|---|---|
| BANK OF AMERICA | U | $0.00 | $0.00 | $0.00 | $0.00 |
| BANK OF AMERICA/MBNA | U | $0.00 | $0.00 | $0.00 | $0.00 |
| BECKET & LEE, LLP | U | $11,956.52 | $2,567.19 | $4,128.46 | $0.00 |
| BECKET & LEE, LLP | U | $1,273.57 | $273.44 | $439.76 | $0.00 |
| BECKET & LEE, LLP | U | $898.28 | $192.87 | $310.17 | $0.00 |
| CITI MORTGAGE | D | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIBANK | U | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIBANK | a | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIBANK FEDERAL SAVINGS BANK | D | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIMORTGAGE, INC. | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Citimortgage, Inc. | a | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIMTG, INC | F | $0.00 | $0.00 | $0.00 | $0.00 |
| CLIENT SERVICES INC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| CREDIT FIRST, NA | U | $2,353.54 | $505.33 | $812.65 | $0.00 |
| CT CORPORATION SYSTEM | a | $0.00 | $0.00 | $0.00 | $0.00 |
| CT CORPORATION SYSTEM | a | $0.00 | $0.00 | $0.00 | $0.00 |
| HOME DEPOT | U | $0.00 | $0.00 | $0.00 | $0.00 |
| ICMA RETIREMENT CORP | D | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | N | $0.00 | $0.00 | $0.00 | $0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | U | $4,893.34 | $1,050.64 | $1,689.63 | $0.00 |
| LAWNWOOD REGIONAL MEDICAL CENT | U | $0.00 | $0.00 | $0.00 | $0.00 |
| MARTIN MEMORIAL HEALTH SYSTEMS | U | $0.00 | $0.00 | $0.00 | $0.00 |
| MORTGAGE ELECTRONIC REGISTRATI | D | $0.00 | $0.00 | $0.00 | $0.00 |
| NATIONSTAR MORTGAGE LLC | N | $0.00 | $0.00 | $0.00 | $0.00 |
| NATIONSTAR MORTGAGE LLC | I | $0.00 | $0.00 | $0.00 | $0.00 |
| NELNET | U | $0.00 | $0.00 | $0.00 | $0.00 |
| PEDIATRIX-OBSTERIX | U | $0.00 | $0.00 | $0.00 | $0.00 |
| PHYSICIANS IMMEDIATE CARE | U | $0.00 | $0.00 | $0.00 | $0.00 |
| PHYSICIANS IMMEDIATE CARE | U | $0.00 | $0.00 | $0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | U | $5,995.74 | $1,287.34 | $2,070.27 | $0.00 |
| PRA RECEIVABLES MANAGEMENT, LL | U | $5,317.23 | $1,141.66 | $1,835.99 | $0.00 |
| PRA RECEIVABLES MANAGEMENT, LL | U | $4,900.17 | $1,052.12 | $1,691.98 | $0.00 |
| ST. LUCIE CO. TAX COLLECTOR | T | $3,619.80 | $1,266.93 | $2,352.87 | $60.33 |
| SUMMER BAY RESORT | D | $0.00 | $0.00 | $0.00 | $0.00 |
| SUMMER BAY RESORTS | U | $0.00 | $0.00 | $0.00 | $0.00 |
| TREASURE COAST PODIATRY | U | $0.00 | $0.00 | $0.00 | $0.00 |


EXHIBIT "B"